AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Billy R. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

600 West Capitol Avenue, Suite A403
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Hendrix College |
| 2. | Board Member | Forester Historical Society |
| 3. | Chair | Eighth Circuit Jury Instruction Committee (until 9/25/2015) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Pulaski County Circuit Judge |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Billy R.** | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alliance Bernstein Sm Cap Growth changed to AXA/AB Small Cap Growth | A | Distribution | K | T | Sold (part) | 04/01/15 | K | A | |
| 2. EQ Common Stock Index | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 3. GAMCO Small Co Value changed to EQ GAMCO Small Co Value | A | Distribution | K | T | Sold (part) | 04/01/15 | K | A | |
| 4. Hugoton Royalty Trust | A | Dividend | K | T | | | | | |
| 5. AXA International Equity Index changed to EQ International Equity Inde | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 6. AXA Large Cap Growth Index changed to EQ Large Cap Growth Index | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 7. Morgan Stanley Mid Cap Growth changed to EQ Morgan Stanley Mid Cap Gro | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 8. SSgA Large Cap Value Index Portfolio Fund changed to EQ Large Cap Valu | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 9. SSgA Mid Cap Index Portfolio Fund changed to EQ Mid Cap Index | | None | J | T | | | | | |
| 10. AXA Mid Cap Value Managed Volatility Fund | A | Distribution | J | T | Sold (part) | 04/01/15 | J | A | |
| 11. Lion Oil | A | Royalty | J | W | | | | | |
| 12. Endeavor Oil (Y) | | | | | | | | | |
| 13. H. M. Berg (Y) | | | | | | | | | |
| 14. Shell Oil (Y) | | | | | | | | | |
| 15. Aberdeen Global High Income Fund Class A | A | Dividend | | | Sold | 12/16/15 | J | A | |
| 16. Altegris Futures Evolution Strategy Fund CL 1 | | None | J | T | Buy | 12/30/15 | J | | |
| 17. Baird Core Plus Bond Fund Investor CL | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Acorn International Fund CL I | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 19. Dodge and Cox International Stock Fund | A | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 20. Vanguard Reit Exchange Traded Fund- previously SPDR Dow Jones Reit ETF | A | Dividend | J | T | | | | | |
| 21. Fidelity Advisor New Insight I | B | Dividend | K | T | | | | | |
| 22. Goldman Sachs Growth Opportunities Fund CL I | B | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 23. Invesco Con. Secs CL Y | A | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 24. J. P. Morgan Mid-Cap Value Fund CL I | A | Dividend | K | T | | | | | |
| 25. J. P. Morgan Strategic Income Opportunities Fund Select Class | A | Dividend | J | T | | | | | |
| 26. Loomis Sayles Global Bond Fund CL R | A | Dividend | J | T | | | | | |
| 27. Oppenheimer Developing Markets CL Y | B | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 28. Oppenheimer Discovery Fund CL Y | B | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 29. Princeton Futures Strategy | A | Dividend | | | Sold | 12/29/15 | J | A | |
| 30. T. Rowe Price Small Cap Value Fund | C | Dividend | K | T | Buy (add'l) | 12/29/15 | K | | |
| 31. T. Rowe Price Value Fund | A | Dividend | K | T | | | | | |
| 32. Wasatch International Growth Fund | | None | K | T | Buy | 12/30/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Billy R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544